No. 9218. STATE OF MONTANA ex rel. STANLEY M. DOYLE, RELATOR, *v.* DISTRICT COURT of the FOURTH JUDICIAL DISTRICT, and the Honorable ALBERT BESANCON, Judge thereof, RESPONDENT.

245 Pac. (2d) 382.

Decided June 28, 1952.

*Stanley M. Doyle*, Polson, pro se.

Per Curiam.

Original proceeding. Petition for writ of prohibition. Relator's ex parte application for an alternative writ of prohibition is denied and the proceeding here ordered dismissed. See R. C. M. 1947, secs. 25-232, 93-8708 and 93-3905. Also State ex rel. Mackey v. District Court, 40 Mont. 359, 106 Pac. 1098; State ex rel. Carroll v. District Court, 69 Mont. 415, 423, 222 Pac. 444; Paramount Publix Corp. v. Boucher, 93 Mont. 340, 19 Pac. (2d) 223; Lloyd v. National Boston-Montana Mines Corp., 108 Mont. 324, 90 Pac. (2d) 513; Kennedy v. Mulligan, 136 Cal. 556, 69 Pac. 291; Start v. Heinzerling, 27 Cal. App. 145, 149 Pac. 50; 4 C. J., Appearances, p. 1339, sec. 31; 6 C. J. S., Appearances, sec. 12(5), p. 26.